tiorari to the Supreme Court of New York granted. *Mr. William Mann* for petitioner. *Mr. Henry S. Miller* for respondent.

No. 814. BALDWIN ET AL. *v.* AMERICAN SURETY CO. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. James F. Ailshie, Jr.,* for petitioners. *Messrs. Oliver O. Haga* and *Frank Martin* for respondent.

No. 825. UNITED STATES *v.* CORRIVEAU. See same case, *ante*, p. 530.

No. 784. CHANG CHOW *v.* UNITED STATES. See same case, *ante*, p. 530.

No. 785. YIM KIM LAU *v.* UNITED STATES. See same case, *ante*, p. 531.

No. 727. NATIONAL SURETY CO. ET AL. *v.* CORIELL ET AL. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Charles H. Tuttle, Saul S. Myers, Selden Bacon,* and *Gregory Hankin* for petitioners. *Mr. Charles B. McInnis* for respondents.

No. 841. GWINN *v.* COMMISSIONER OF INTERNAL REVENUE. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Thomas A. Thatcher* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall*